IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KHURRAN AHMED SHAH,**

    Plaintiff,

v.                                                                                            **CIVIL NO. 05-1066 JH/DJS**

**ALLEN COOPER,** *et al.*,

    Defendants.

## ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge [18] are adopted by the Court, Plaintiff's Motion to Supplement the Complaint [15] is denied and Defendant Allen's Motion to Dismiss [13] is granted;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

                                                                      **HON. JUDITH C. HERRERA**
                                                                      **UNITED STATES DISTRICT JUDGE**